On the authority of *Baltimore, etc., R. Co.* v. *Reed, supra,* the judgment is affirmed.

---

## BALTIMORE AND OHIO SOUTHWESTERN RAILROAD COMPANY *v.* HUDDLESTON, SURVIVING PARTNER, ET AL.

[No. 7,662.   Filed May 15, 1912.]

From Monroe Circuit Court; *John C. Robinson*, Judge.

Action by William H. Huddleston, as the surviving partner of the partnership of Wilcox & Huddleston, and The Home Insurance Company of New York against the Baltimore and Ohio Southwestern Railroad Company. From a judgment for plaintiffs, the defendant appeals. *Affirmed.*

. *W. R. Gardiner, C. K. Tharp, C. G. Gardiner* and *Edward Barton,* for appellant.

*J. H. Edwards, Brooks & Brooks,* for appellees.

ADAMS, J.—In this case, the pleadings, the evidence and the assignment of errors are the same, and the instructions given and

refused are substantially the same, as this court considered in the case of *Baltimore, etc., R. Co.* v. *Reed* (1912), *ante*, 220, 98 N. E. 141.

On the authority of that case, the judgment in this case is affirmed.